Steven J. Mehlman, Esq. SBN: 95881
MEHLMAN LAW GROUP
3050 Citrus Circle, Suite 203
Walnut Creek, California 94598
Tel: (925) 935-3575
Fax: (925) 935-1789
E-mail: steven@mehlmanlawgroup.com

Attorneys for Defendant
Premier Floor Care, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>Plaintiff<br><br>v.<br><br>PREMIER FLOOR CARE, INC.<br><br>Defendant<br>_____ / | No. CV 09-2739 JL<br><br>STIPULATION TO:<br><br>1) EXTEND TIME WITHIN WHICH TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO THE COMPLAINT;<br>2) EXTEND THE TIME FOR INITIAL DISCLOSURES, RULE 26(f) REPORT, AND JOINT CASE MANAGEMENT STATEMENT; AND<br>3) CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON FROM SEPTEMBER 30, 2009 TO OCTOBER 28, 2009 |

Counsel for plaintiffs, GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, and Defendant PREMIER FLOOR CARE, INC., hereby agree and stipulate, pursuant to Civil L.R. 6.1(a) to extend time within which defendant, PREMIER FLOOR CARE, INC. has to file an answer or other responsive pleading to the complaint on file in the above action, to and including September 30, 2009, due to the fact that Steven J. Mehlman, Esq. has just been retained as counsel to represent defendant.

The parties further stipulate, pursuant to Civil L.R. 6.1(b) and 6.2, to continue the time for Initial Disclosures pursuant to Fed. Rules Civ. Proc. §26(a), Rule 26(f) Report and Joint Case Management Statement to and including October 21, 2009.

The parties further stipulate, pursuant to Civil L.R. 6.1(b), 6.2, and 6.10, to continue the

1
2  initial Case Management Conference to Wednesday, October 28, 2009 at 10:30 a.m. ~~or such
3  other date to be selected by the Court on or after October 28, 2009~~.

4                                              McCarthy Johnson & Miller

6  Dated: 9/9/09                               By: /s/ Diane Sidd-Champion
7                                              Diane Sidd-Champion
                                                Attorney for Plaintiffs, Board of
                                                Trustees of General Employees Trust
8                                               Fund and General Employees Trust Fund

9
                                                Mehlman Law Group
10
11 Dated: September 9, 2009                   By: /s/ Steven J. Mehlman
12                                              Steven J. Mehlman
                                                Attorneys for Defendant
                                                Premier Floor Care, Inc.
13

14                                **PROPOSED ORDER**

15     Pursuant to the Stipulation above, and the accompanying Declaration of Counsel, it is
16 hereby ordered that:

17     1. Defendant PREMIER FLOOR CARE, INC shall have to and including September 30,
18 2009 within which to file its Answer or other responsive pleading.

19     2. The time for Initial Disclosures pursuant to Federal Rules of Civil Procedure Section
20 26(a) and Joint Case Management Conference Statement shall be continued to and including
21 October 21, 2009.

22     3. The initial Case Management Conference shall be continued from September 30, 2009 to
23 October 28, 2009, at 10:30 a.m. in Courtroom F, 15th floor, San Francisco, CA.

24     IT IS SO ORDERED.
25 Dated: September 10, 2009

26                                              /s/ James Larson
27                                              United States Magistrate Judge
28

MEHLMAN LAW GROUP
2125 Oak Grove Road, Suite 125
Walnut Creek, CA 94598
(925) 935-3575

-2-
Stipulation To Extend Time Within Which To File Answer Or Other Responsive Pleading To The Complaint