| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| | Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., State Bar No. 78140 |
| | LORI A. NORD, ESQ., State Bar No. 87993 |
| 3 | 595 Market Street, Suite 2200 |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 882-2992 |
| | Facsimile: (415) 882-2999 |
| 5 | E-mail: dsidd-champion@mjmlaw.us |
| 6 | |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, | ) ) ) | Case No. CV 09-2739 JL |
| | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| Plaintiffs, | ) | **SELECTING ADR PROCESS** |
| | ) | |
| v. | ) | |
| | ) | |
| PREMIER FLOOR CARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The parties report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    Mediation

The parties agree to hold the ADR session within 90 days from the date of the order referring the case to an ADR process.

    McCARTHY, JOHNSON & MILLER
    Law Corporation

Dated: September 9, 2009    By: /s/ Diane Sidd-Champion
    DIANE SIDD-CHAMPION
    Attorneys for Plaintiffs

    MEHLMAN LAW GROUP

Dated: September 8, 2009    By: /s/ Steven Mehlman
    STEVEN MEHLMAN
    Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ❏ Non-binding Arbitration
- ❏ Early Neutral Evaluation (ENE)
- ❏ Mediation
- ❏ Private ADR

Deadline for ADR session

- ❏ 90 days from the date of this order.
- ❏ Other

IT IS SO ORDERED.

Dated: September 10, 2009

_____
UNITED STATES MAGISTRATE JUDGE

<u>DECLARATION OF SERVICE BY MAIL</u>

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on September 9, 2009, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document served:

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on September 9, 2009.

By:    /s/ Anna Lee
        ANNA LEE

Steven Mehlman, Esq.
Mehlman Law Group
3050 Citrus Circle, Suite 203
Walnut Creek, CA 94598

1       The parties report that they have met and conferred regarding ADR and have reached the

2 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3       The parties agree to participate in the following ADR process:

4         Mediation

5       The parties agree to hold the ADR session within 90 days from the date of the order

6 referring the case to an ADR process.

7                                           McCARTHY, JOHNSON & MILLER
                                                  Law Corporation

8 Dated: September __, 2009       By: _____

9                                             DIANE SIDD-CHAMPION
                                            Attorneys for Plaintiffs

10

11                                             MEHLMAN LAW GROUP

12 Dated: September 8, 2009       By: _____

13                                             STEVEN MEHLMAN
                                            Attorneys for Defendant

14 **[PROPOSED] ORDER**

15       Pursuant to the Stipulation above, the captioned matter is hereby referred to:

16       ❑    Non-binding Arbitration

17       ❑    Early Neutral Evaluation (ENE)

18       ❑    Mediation

19       ❑    Private ADR

20       Deadline for ADR session

21       ❑    90 days from the date of this order.

22       ❑    Other

23 IT IS SO ORDERED.

24 Dated: September 10, 2009       _____

25                                           UNITED STATES MAGISTRATE JUDGE

26

27

28