McCARTHY, JOHNSON & MILLER
    Law Corporation
DIANE SIDD-CHAMPION, ESQ., State Bar No. 78140
LORI A. NORD, ESQ., State Bar No. 87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:   (415) 882-2999
E-mail:  dsidd-champion@mjmlaw.us

Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND,<br><br>            Plaintiffs,<br><br>   v.<br><br>PREMIER FLOOR CARE, INC.,<br><br>            Defendant. | Case No. CV 09-2739 JL<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS HEREBY STIPULATED by and among the parties hereto, acting through their respective counsel, that the above-entitled action be dismissed with prejudice.

                                        **McCARTHY, JOHNSON & MILLER**
                                        **Law Corporation**

Dated:  January 6, 2010        By:    /s/  Diane Sidd-Champion
                                                     DIANE SIDD-CHAMPION
                                                     Attorneys for Plaintiffs

                                        **MEHLMAN LAW GROUP**

Dated:  January 6, 2010        By:    /s/  Steven J. Mehlman
                                                     STEVEN J. MEHLMAN
                                                     Attorneys for Defendant

| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| | Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., State Bar No. 78140 |
| | LORI A. NORD, ESQ., State Bar No. 87993 |
| 3 | 595 Market Street, Suite 2200 |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 882-2992 |
| | Facsimile: (415) 882-2999 |
| 5 | E-mail: dsidd-champion@mjmlaw.us |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENERAL EMPLOYEES TRUST FUND and BOARD OF TRUSTEES OF GENERAL EMPLOYEES TRUST FUND, | ) ) ) | Case No. CV 09-2739 JL |
| | ) | **STIPULATION OF DISMISSAL** |
| Plaintiffs, | ) | |
| v. | ) | |
| PREMIER FLOOR CARE, INC., | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS HEREBY STIPULATED by and among the parties hereto, acting through their respective counsel, that the above-entitled action be dismissed with prejudice.

McCARTHY, JOHNSON & MILLER
Law Corporation

Dated: January __, 2010    By: _____
DIANE SIDD-CHAMPION
Attorneys for Plaintiffs

MEHLMAN LAW GROUP

Dated: January 6, 2010    By: _____
STEVEN J. MEHLMAN
Attorneys for Defendant